6635.  Newsome v. The State.

RUSSELL, C. J.  In the state of the record, there was no error of sufficient materiality to have required the grant of a. new trial.

*Judgment affirmed.*

Decided October 21, 1915.

Indictment for arson; from Muscogee superior court—Judge Gilbert.  May 8, 1915.

*Ed. Wohlwender, T. L. Bowden,* for plaintiff in error.

*George C. Palmer, solicitor-general,* contra.